In re Estate of Sarah J. Owen. Gen. No. 8,051.

 Opinion filed
October 1, 1929.

Welsh & Welsh, for appellants. North, Linscott, Gibboney, North & Dixon, for appellee.

Mr. Justice Jones delivered the opinion of the court.